# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Chad Aginiga,

    Plaintiff

v.

CPA, et. al,

    Defendants

Case No.: 2:18-cv-02436-JAD-CWH

**Order Adopting
Report & Recommendation**

[ECF Nos. 1, 3]

Magistrate Judge Hoffman recommends that I dismiss this action because the plaintiff has not invoked this court's jurisdiction.[1] Any objections to that report and recommendation were due by January 22, 2019, and none were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do. Accordingly, IT IS HEREBY ORDERED that:

- The Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety;
- **This action is DISMISSED** without prejudice for lack of jurisdiction;
- Plaintiff's application to proceed in forma pauperis **[ECF No. 1] is DENIED**; and
- The Clerk of Court is directed to **CLOSE THIS CASE.**

Dated: January 23, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.
[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).